

March 18, 2024

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States of America v. Goel</u> (No. 23-7778)

Dear Ms. Wolfe:

    On behalf of Defendant-Appellant in the above referenced case, we write to inform the Court that at the instruction of our client, we intend to withdraw our appeal of this matter. We are currently in the process of preparing our motion to withdraw the appeal and obtaining our client's signature on the documents, and will be submitting this motion within the next few days. The delay in obtaining our client's signature is on account of his being incarcerated, but he has given us his verbal authorization to withdraw the appeal and said he intends to sign the required documents.

    Sincerely,

    <u>/s/ Adam C. Ford</u>
    Adam C. Ford, Esq.

    *Attorney for Defendant-Appellant*
    *Brijesh Goel*

cc. all counsel of record (via ECF)
enclosure