# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-7778

**Motion for:** withdrawal of counsel

**Caption [use short title]**

United States of America

v.

Brijesh Goel

Set forth below precise, complete statement of relief sought:

I seek to be withdrawn as counsel for Defendant-Appellant Brijesh Goel, and for leave for Mr. Goel to proceed pro-se

**MOVING PARTY:** Brijesh Goel         **OPPOSING PARTY:** United States of America

☐ Plaintiff    ☒ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Adam C. Ford         **OPPOSING ATTORNEY:** Samuel Rothschild

*[name of attorney, with firm, address, phone number and e-mail]*

Ford O'Brien Landy LLP
275 Madison Ave, Fl 24, New York, NY 10016
(212) 858-0040    aford@fordobrien.com

United States Attorney's Office for the Southern District of New York
One Saint Andrew's Plaza, New York, NY 10017
(212) 637-2504    samuel.rothschild@usdoj.com

**Court- Judge/ Agency appealed from:** U.S. District Court, Southern District of New York - Judge P. Kevin Castel

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes    ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed    ☐ Opposed    ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes    ☐ No    ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?    ☐ Yes  ☐ No
Has this relief been previously sought in this court?    ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?    ☐ Yes    ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    ☐ Yes    ☒ No   If yes, enter date:

**Signature of Moving Attorney:**

*Adam C. Ford*    **Date:** 4/23/24    **Service:** ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)