IN THE UNITED STATES COURT OF
APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| BRIJESH GOEL<br><br>v.<br><br>UNITED STATES OF AMERICA | No. 23-7778 |

**AFFIDAVIT OF ADAM C. FORD**
**IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 4.1(d) of the United States Court of Appeals for the Second Circuit, I, Adam C. Ford, hereby state:

1. I am the Attorney for Defendant-Appellant Brijesh Goel in the above-captioned case.

2. On November 15, 2023, I agreed to file a Notice of Appeal on behalf of Mr. Goel. Prior to filing the Notice of Appeal, I explained to Mr. Goel that we were agreeing to file the Notice of Appeal on his behalf for the purpose of maintaining his right to appeal, but that we would not file the appellate briefs.

3. On January 10, 2024, we were informed that Mr. Goel's Briefing Schedule was due to be filed. Based on prior discussions with Mr. Goel, on that same day I sent an email to Mr. Goel advising him that we would file the scheduling notification for him, but that we would "not be in a position to draft the appeal for" Mr. Goel. (Exhibit A). I informed Mr. Goel that "defendants without resources are entitled to be appointed an attorney for their first appeal." I advised Mr. Goel that if he wished to pursue this, to let me know and that I would assist in the process of applying for a court appointed lawyer. (Exhibit A).

4. On January 11, 2024, I informed Mr. Goel of the so-ordered briefing deadline of February 28, 2024. I asked Mr. Goel to confirm how he wished to proceed given the deadline, and

      our prior discussions regarding the fact that my firm was not going to file the appellate brief for him. (Exhibit B).

5. I knew there were discussions between Mr. Goel and co-counsel during the trial about the other firm handling the appeal. As such, on January 31, 2024, I wrote to Mr. Goel and that co-counsel again reiterating that the deadline was approaching and my firm was not intending to file the appellate brief. (Exhibit C).

6. At some time thereafter, I had a conversation with Mr. Goel in which he indicated that he wished to withdraw his appeal. Based on my conversations with Mr. Goel, on March 18, 2024, I submitted a letter informing the Court, at Mr. Goel's instruction, that we will be withdrawing the appeal.

7. In order to effectuate this withdrawal, my colleague, Anjula Prasad, who also represented Mr. Goel at his trial, met with Mr. Goel at FCI Danbury, where Mr. Goel is currently incarcerated, in order to obtain his signature on his declaration in support of withdrawing the appeal. After speaking with Ms. Prasad, Mr. Goel informed her that he no longer wanted to withdraw his appeal. He did, however, affirm that he consented to my withdrawal as counsel. Mr. Goel informed Ms. Prasad that he would like to proceed with appeal pro-se.

8. Based on the foregoing, I respectfully request to be withdrawn as counsel for Mr. Goel.

Dated: April 23, 2024

_____
Adam C. Ford