# EXHIBIT A

Adam Ford <aford@fordobrien.com>

## Appeal

**Adam Ford** <aford@fordobrien.com>  Wed, Jan 10, 2024 at 12:19 PM
To: brijesh goel <brijesh2goel@gmail.com>

Brijesh,

As discussed, we got a call from the second circuit asking us to file our schedule for your appeal. SB is going to file today for as far into the future as possible. We will forward that information when we get it.

We will not be in a position to draft the appeal for you, however, defendant's without resources are entitled to be appointed an attorney for their first appeal. So you may want to consider applying through the court for a court appointed lawyer. If this interests you, please let me know and we will direct you. We do not intend on withdrawing as counsel in your appeal until after you've secured appointed counsel, or you ask us to withdraw, but again, we will not be filing the appeal. You've noted that you understood we are not in a position to draft the appeal for you.

Happy to discuss further.

Adam

--

Ford O'Brien Landy, LLP

275 Madison Avenue, 24th Floor
New York, NY 10016
aford@fordobrien.com
(212) 858-0040 (office)
(646) 479-3810 (mobile)