# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand twenty-four.

_____

United States of America,

        Appellee,

v.

Brijesh Goel,

        Defendant-Appellant.

_____

**ORDER**

Docket No. 23-7778

Adam Ford moves to withdraw as counsel for Appellant, and Appellant seeks leave to proceed pro se.

IT IS HEREBY ORDERED that the motion is GRANTED. A copy of this order and pro se instructional forms will be mailed to Appellant at the following address: Brijesh Goel, Reg. No. 12600-510, FCI Danbury, Federal Correctional Institution, Route 37, Danbury, CT 06811.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

